In the Matter of the Probate of the Will of JOHANNA COONEY, Deceased.

THOMAS F. HICKEY et al., as Executors and Trustees et al., Appellants; JAMES LAMBERT, Respondent.

*Matter of Cooney*, 115 App. Div. 895, affirmed.
(Submitted January 11, 1907; decided January 29, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

October 13, 1906, which affirmed a decree of the Monroe County Surrogate's Court declaring void the residuary clause of the will of Johanna Cooney, deceased.

*John B. Kiley* for appellants.

*Ernest B. Millard* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.